IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Cr. No. H-24-0016-S1

ARTHUR HECTOR FERNANDEZ III

## UNOPPOSED MOTION TO CONTINUE

Defendant Arthur Hector Fernandez, III, moves this Court for a 90-day continuance of all dates, and he respectfully shows as follows:

Mr. Fernandez is charged with sexual exploitation of children, in violation of 18 U.S.C. §§ 2251(a) and (e); coercion and enticement, in violation of 18 U.S.C. §2422(b); distribution of child pornography, in violation of 18 USC §§ 2252A(a)(2)(B) and 2252A(b)(1); and receipt of child pornography, in violation of 18 U.S.C. §§ 2252A(A)(2)(B) and 2252A(b)(1). The pretrial motions deadline was June 18, 2025; the pre-trial conference is set for July 16, 2025, at 10:30 a.m., and jury trial is set for July 21, 2025, at 9:00 a.m.

Counsel needs more time to complete her investigation and analysis, and then to file pretrial motions, and to prepare for trial, if necessary. Moreover, additional time is needed to discuss the case with Mr. Fernandez.

The defendant respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the

defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial.

The government is unopposed to this motion to continue.

      Respectfully submitted,

      PHILIP G. GALLAGHER
      Federal Public Defender
      Southern District of Texas No. 566458
      New Jersey State Bar No. 2320341

      By: /s/ Heather Hughes
      HEATHER HUGHES
      Assistant Federal Public Defender
      Southern District of Texas No. 3473328
      Texas State Bar No. 24116543
      440 Louisiana, Suite 1350
      Houston, Texas 77002
          Telephone:  713.718.4600
          Fax:   713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Kimberly Leo and determined that the United States is unopposed to this motion to continue.

      By: /s/ Heather Hughes
      HEATHER HUGHES

## CERTIFICATE OF SERVICE

I certify that on July 10, 2025, a copy of the foregoing was served by Notification of Electronic Filing and will be delivered by email to the office of Assistant United States Attorney Kimberly Leo.

By: /s/ Heather Hughes
HEATHER HUGHES