IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                     Cr. No. H-24-0016

ARTHUR HECTOR FERNANDEZ III

### O R D E R

The Court has considered the Unopposed Motion to Continue, wherein counsel for Defendant, Arthur Hector Fernandez III, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion to Continue, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion to Continue is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, __October 20__, 2025, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by __January 14, 2026__.

Responses shall be filed by __January 28, 2026__.

A pretrial conference is set for __February 11, 2026__ at __10:30__ am / .

Trial in this case is set for __February 17, 2026__ at __9:00__ am / .

SIGNED at Houston, Texas, on the __8th__ day of __October__ 2025.

_____
KEITH P. ELLISON,
UNITED STATES DISTRICT JUDGE

2